CHINES INC. C. A. 7th Cir. Certiorari denied.

No. 01–207. RICHARD v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 01–210. BRUFF v. NORTH MISSISSIPPI HEALTH SERVICES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–214. CENTRAL TEXAS NUDISTS ET AL. v. TRAVIS COUNTY, TEXAS, ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 01–215. DIXON ET AL. v. FORD MOTOR CREDIT CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–221. GAINES v. WHITE RIVER ENVIRONMENTAL PARTNERSHIP ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–224. MENTAVLOS v. ANDERSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–225. BOCZAR ET VIR v. KINGEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–231. SANDERS v. BOY SCOUTS OF AMERICA ET AL. Super. Ct. Pa. Certiorari denied.

No. 01–232. WOOLDRIDGE v. HAMILTON COUNTY DEPARTMENT OF HUMAN SERVICES. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 01–236. MICROSOFT CORP. v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–239. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL. v. APPALACHIAN REGIONAL HEALTHCARE, INC. C. A. 6th Cir. Certiorari denied.

No. 01–243. BARTOLETTI v. JANICICH ET AL. Sup. Ct. Mont. Certiorari denied.